**2001–1206.   Stark Cty. Bar Assn. v. Watkins.**
IT IS ORDERED by this court, sua sponte, that Timothy W. Watkins, Attorney Registration No. 0041271, last known business address in North Canton, Ohio, be found in contempt for failure to comply with this court's order of December 19, 2001, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before January 18, 2002.

**2001–1366.   Disciplinary Counsel v. Smith.**
IT IS ORDERED by this court, sua sponte, that Charles Smith Jr., Attorney Registration No. 0012880, last known address in St. Charles, Missouri, be found in contempt for failure to comply with this court's order of October 18, 2001, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before November 19, 2001.

**2001–1578.   Disciplinary Counsel v. Saumer.**
IT IS ORDERED by this court, sua sponte, that James Clark Saumer, Attorney Registration No. 0016680, last known business address in Berea, Ohio, be found in contempt for failure to comply with this court's order of February 20, 2002, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before March 22, 2002.

**2001–1830.   In re Webster.**
IT IS ORDERED by this court, sua sponte, that John B. Webster, Attorney Registration No. 0033158, last known business address in Warwick, Rhode Island, be found in contempt for failure to comply with this court's order of November 28, 2001, to wit, failure to file an affidavit of compliance on or before December 28, 2001.

**2002–0393.   In re Resignation of Speaker.**
IT IS ORDERED by this court, sua sponte, that David Kent Speaker, Attorney Registration No. 0031312, last known business address in Rocky River, Ohio, be found in contempt for failure to comply with this court's order of April 23, 2002, to wit, failure to file an affidavit of compliance on or before May 23, 2002.